UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
STEVEN GOTTLIEB, :
:
Plaintiff, :
:  22 Civ. 6033 (JPC)
-v- :
:  ORDER
AMERICAN EXPRESS NATIONAL BANK, :
:
Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Plaintiff Steven Gottlieb filed the Complaint in this action on July 14, 2022.  Dkt. 1.  Defendant American Express National Bank ("American Express") was served with the Complaint on July 20, 2022, making its answer due by August 10, 2022.  Dkt. 5.  The Court granted a series of extensions, making the answer due on November 7, 2022.  Dkts. 7, 9, 12, 15.  To date, American Express has not filed an answer in this action.

    It is hereby ORDERED that American Express answer or otherwise respond to the Complaint by November 23, 2022.  If American Express fails to do so, Plaintiff is directed to propose a briefing schedule for a motion for default judgment by November 30, 2022.

    SO ORDERED.

Dated: November 10, 2022
       New York, New York
                                          JOHN P. CRONAN
                                          United States District Judge